DAVID R. ZARO (BAR NO. 124334)
RYAN T. WAGGONER (BAR NO. 251694)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:   (213) 622-5555
Fax:       (213) 620-8816
E-Mail:   dzaro@allenmatkins.com
              rwaggoner@allenmatkins.com

Attorneys for Defendant
ONEWEST BANK, FSB

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### AT SAN DIEGO

| | |
|---|---|
| DIANE BEALL fka TEMPLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP.; ONEWEST BANK, F.S.B.; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 10-CV-1900 IEG(WVG)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]<br><br>Date:  March 7, 2011<br>Time:  10:30 a.m.<br>Ctrm:  1<br>Judge: Hon. Irma E. Gonzalez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 7, 2011, at 10:30 a.m., in Courtroom 1 of the above-entitled court located at 940 Front Street, San Diego, California, 92101, Defendant OneWest Bank, F.S.B. ("OneWest") will and hereby does move the Court for an order granting its motion to dismiss Plaintiff's First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's FAC fails to state a claim upon which relief can be granted. In the alternative, OneWest moves the Court for an order dismissing the First through Tenth Claims for Relief contained in the FAC, and each of them, pursuant to Federal Rule of Civil Procedure 12(b)(6), because the First through Tenth Claims for Relief,

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

883202.01/LA

-1-

NOTICE OF AND MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM
Case No. 10-CV-1900 IEG(WVG)

and each of them, fail to state a claim upon which relief can be granted, as further described below.

### First Claim for Relief

The First Claim for relief, for wrongful foreclosure, fails to state a claim upon which relief can be granted because Plaintiff failed to allege her ability and willingness to tender the proceeds due under her mortgage loan.

### Second Claim for Relief

The Second Claim for Relief, for quiet title, fails to state a claim upon which relief can be granted because Plaintiff has not discharged her debt.

### Third Claim for Relief

The Third Claim for Relief, for violation of Real Estate Settlement Procedures Act ("RESPA"), fails to state a claim upon which relief can be granted because Plaintiff's claims are barred by the statute of limitations and OneWest did not participate in the loan-origination process.

### Fourth Claim for Relief

The Fourth Claim for Relief, for fraud, fails to state a claim upon which relief can be granted because the claim is barred by the statute of limitations, the claim is not alleged with the required specificity and Plaintiff fails to allege that OneWest misrepresented any fact.

### Fifth Claim for Relief

The Fifth Claim for Relief, for violation of California Business & Professions Code section 17200, *et seq.*, fails to state a claim upon which relief can be granted because Section 17200 does not entitle a claimant to recovery of damages and no allegations of any violation by OneWest are alleged.

### Sixth Claim for Relief

The Sixth Claim for Relief, for rescission, fails to state a claim upon which relief can be granted, because Plaintiff has not discharged her debt.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

883202.01/LA

-2-

NOTICE OF AND MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM
Case No. 10-CV-1900 IEG(WVG)

**Seventh Claim for Relief**

The Seventh Claim for Relief, for violation of Truth in Lending Act ("TILA"), fails to state a claim upon which relief can be granted because Plaintiff's claims are barred by the statute of limitations and Plaintiff is not entitled to rescission.

**Eighth Claim for Relief**

The Eighth Claim for Relief, for violation of the Civil Code section 2923.5, is barred by the doctrine of *res judicata* because this Court previously dismissed this claim with prejudice.

**Ninth Claim for Relief**

The Ninth Claim for Relief, for injunctive relief, is barred by the doctrine of *res judicata* because this Court previously dismissed this claim with prejudice.

**Tenth Claim for Relief**

The Tenth Claim for Relief, for accounting, fails to state a claim upon which relief can be granted because Plaintiff does not allege some balance is due to her.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the complete files and records of this action, and such additional evidence and arguments as may be presented at or before the time of the hearing on this motion.

Dated: January 24, 2011

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
RYAN T. WAGGONER
DAVID R. ZARO

By: /s/ Ryan T. Waggoner
RYAN T. WAGGONER
Attorneys for Defendant
ONEWEST BANK, FSB

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

883202.01/LA

-3-

NOTICE OF AND MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM
Case No. 10-CV-1900 IEG(WVG)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to this action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On January 24, 2011, I served the within document(s) described as:

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Diane Beall, Esq.
Advocates Law & Real Estate
243 South Escondido Blvd., Suite 125
Escondido, CA 92025-4116

*Plaintiff*
T: (760)807-5417
E: attorneydianebeall@gmail.com

Renee Reyes De Golier, Esq.
McCarthy & Holtus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

*Counsel for Quality Loan Service Corp.*
T: (619) 685-4800 – F: (619) 685-4811
E: rdegolier@mccarthyholthus.com

☐ **COURTESY COPY BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above in Los Angeles, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **COURTESY COPY BY DIRECT E-MAIL:** I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above from fkalve@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive an electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 24, 2011, at Los Angeles, California.

Frederick Kalve
(Type or print name)

(Signature of Declarant)

874938.01/LA