DAVID R. ZARO (BAR NO. 124334)
RYAN T. WAGGONER (BAR NO. 251694)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:    (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        rwaggoner@allenmatkins.com

Attorneys for Defendant
ONEWEST BANK, FSB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AT SAN DIEGO

| | |
|---|---|
| DIANE BEALL fka TEMPLIN,<br><br>          Plaintiff,<br>vs.<br><br>QUALITY LOAN SERVICE CORP.;<br>ONEWEST BANK, F.S.B.; and<br>DOES 1-10,<br>          Defendants. | Case No. 10-CV-1900 IEG(WVG)<br><br>REPLY IN SUPPORT OF AND NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]<br><br>Date:  March 7, 2011<br>Time:  10:30 a.m.<br>Ctrm:  1<br>Judge: Hon. Irma E. Gonzalez |

Defendant OneWest Bank, F.S.B. ("OneWest") files this reply in support of its pending Motion to Dismiss the Amended Complaint of Plaintiff Diane Beall fka Templin (the "Motion") to advise the Court that the Motion remains unopposed. Under Southern District Local Rule 7.1(e)(2), Plaintiff's last day to oppose the Motion was February 18, 2011. To date, Plaintiff has not opposed or otherwise responded to the Motion. Southern District Local Rule 7.1(f)(3)(c) provides that the failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting of the motion. See also Ghazali v. Moran, 46 F.3d

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

886168.01/LA

-1-

REPLY IN SUPPORT OF AND NOTICE OF
NON-OPPOSITION MOTION TO DISMISS
Case No. 10-CV-1900 IEG(WVG)

1  52 (9th Cir. 1995); <u>Brydges v. Lewis,</u> 18 F.3d 651 (9th Cir. 1993). Accordingly,
2  OneWest respectfully requests that the Court grant the Motion.

4  Dated: February 22, 2011            ALLEN MATKINS LECK GAMBLE
                                        MALLORY & NATSIS LLP
                                        RYAN T. WAGGONER
                                        DAVID R. ZARO

                                       By:   */s/ Ryan T. Waggoner*
                                             RYAN T. WAGGONER
                                             Attorneys for Defendant
                                             ONEWEST BANK, FSB

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

886168.01/LA

-2-

REPLY IN SUPPORT OF AND NOTICE OF
NON-OPPOSITION MOTION TO DISMISS
Case No. 10-CV-1900 IEG(WVG)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to this action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On February 22, 2011, I served the within document(s) described as:

**REPLY IN SUPPORT OF AND NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Diane Beall, Esq.  
Advocates Law & Real Estate  
243 South Escondido Blvd., Suite 125  
Escondido, CA 92025-4116  

*Plaintiff*  
T: (760)807-5417  
E: attorneydianebeall@gmail.com  

Matthew Learned, Esq.  
McCarthy & Holtus, LLP  
1770 Fourth Avenue  
San Diego, CA 92101-2607  

*Counsel for Quality Loan Service Corp.*  
T: (619) 685-4800 – F: (619) 685-4811  
E: mlearned@mccarthyholthus.com  

☐ **COURTESY COPY BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above in Los Angeles, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **COURTESY COPY BY DIRECT E-MAIL:** I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above from fkalve@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive an electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on February 22, 2011, at Los Angeles, California.

Frederick Kalve  
(Type or print name)

_____  
(Signature of Declarant)

874938.01/LA