## Superior Court of California – County of Riverside

### Case Number Unknown – Templin

### General Declaration of Charles Koppa

I, Charles John Koppa, have been a resident of California for more than 25 years. I am a forensic title and financial auditor. My credentials are attached. I am competent to research uncontroverted evidence of documents recorded in the Official Records any County Recorder's Office, to outline a complete Chain of Title, to offer opinions of real estate values, and to identify missing, inaccurate or fabricated documents that can be competently explained in Court.

I have been retained by Diane J. Templin, 16377 Arnold Avenue, Lake Elsinore, CA 92530-4817, and Equity Owner in this case. If I am called upon, I am prepared to testify as an Expert Witness in a Quiet Title Complaint regarding the attached recordations, supporting Property Detail Report, Tax Status, Chain of Title Summary and Comparative Property Values.

1. I conducted a homeowner's examination of recordations from Riverside County public records for the subject property. I file this declaration in support of a Quiet Title Action.

2. My audit found no evidence of assignment of Deed of Trust, Promissory note or evidence of ownership or standing by parties who have scheduled a purported foreclosure auction on 9/17/2010 at an **undisclosed amount** for minimum bid.

3. My audit revealed that client never entered into any contractual agreement or signed any note with Quality Loan Service or other parties identified in recorded documents (attached) after her original Deed of Trust filed 7/25/03 naming IndyMac Bank, F.S.B. as lender on behalf of an unknown beneficiary.

4. My audit revealed that defendant never entered into any agreement with Quality Loan Service or other parties identified in recorded documents (attached) after her original Deed of Trust filed 7/25/03 naming IndyMac Bank, F.S.B.

**In the opinion of Declarant,** the client should respectfully request the Court & Jury to consider:

1) Evidence of fraudulent and unsupported transfer of mortgage note and title;
2) Foreclosure proceedings with untitled transfer representing fraud ab initio;
3) Lack of Standing by Defendant and purported predecessors;
4) Misrepresentation and non-disclosure causing breaks of chain of title;
5) Subject matter dictating judicial recovery of the property;
6) Evidence suggesting predatory lending at origin

I declare under penalty of perjury that the foregoing facts are true and correct, and this would be my testimony if I were in a court of law.

_Charles J Koppa_     9/11/2010

Charles J. Koppa                    Date

Exhibit IV

## Superior Court of California – County of Riverside

## Case Number Unknown – Templin

### Broken Chain of Title, Fraud in Recorded Documents

By Charles J. Koppa, Expert Witness, Title and Financial Research

**EDITOR'S NOTICE: A factual claim requires citing a known duty the breach of which is the causation of damages as attested to by at least one competent fact witness who testifies under oath and subject to cross examination regarding authenticated evidence. The summaries below are based exclusively upon Uncontroverted Factual Evidence of Recorded Documents in the Official Records of the Riverside County Recorder's Office:**

1.  DOC # 2003-560851 – **7/25/03 Grant Deed** to Diane J. Templin for stewardship of the property at 16377 Arnold Avenue, Lake Elsinore, CA 92530-4817, APN 378-212-025, purchase price $181,000 vs. **retroactive comps at $164,000 suggests appraisal fraud**.

2.  DOC #2003-560852 – **7/25/03 Deed of Trust**  Borrower Diane J. Templin purchase loan at $144,800 representing approximately 80% LTV.  Lender/beneficiary was **IndyMac Bank, F.S.B.**  She appointed **First American Title Insurance Company** as fiduciary Trustee to a Fannie Mae Freddie Mac uniform security instrument.

3.  DOC #2004-0422788 – **6/3/04 Short Form Deed of Trust**  - Borrower Diane J. Templin received a 2nd Trust Deed for $25,000 from **Wells Fargo Bank, NA** as beneficiary/lender. She appointed American Securities Company as Trustee in an equity filing

4.  DOC #2007-0485986 – **7/26/07 Deed of Reconveyance** from American Securities Company for payoff of instrument #2004-0422788 to **Beneficiary, Wells Fargo Bank.**

5.  DOC #2009-0370886 – **7/17/09 UCC Financing Statement** by Diane Joan Beall Templin.

6.  DOC #2009-0370887 – **7/17/09 UCC Financing Statement Amendment** by Diane Joan Beall Templin, filed by Michael Douglas Brian Woodruff.

7.  DOC #2010-0109646 – **3/10/10 Corporate Assignment of Deed of Trust**  Federal Deposit Insurance Corporation as receiver for IndyMac Federal Bank, FSB, successor to IndyMac Bank, F.S.B. transfers title to OneWest Bank, FSB.  **Signature back dated to 1/21/10** by Federal Deposit Insurance Corporation as receiver for IndyMac Federal Bank, FSB, successor to IndyMac Bank, F.S.B.  **Signed in Pinellas, FL by Bryan Bly as attorney in fact for all parties above.**

8.  DOC 2010-0241020 – **5/25/10 Notice of Default**  by Quality Loan Service, Corp. naming OneWest Bank, FSB  as **servicer for IndyMac Bank, F.S.B.**, a federally chartered savings

Exhibit IV

bank, a Federal Savings Bank, as beneficiary regarding instrument #2003-560852.  Signature by Quality Loan Service Corp. as agent for beneficiary by LSI Title Company, as agent.  **Signed by Eric R with no title, standing or legal address representing all parties above in "attempting to collect a debt".  Declaration regarding section 2923.5 signed 3/4/10 by IndyMac Mortgage Servicing, Jean Crespo with no title, standing or legal address.**

9.  DOC 2010-0316603 – **7/7/10 Substitution of Trustee** IndyMac Bank, F.S.B. replaces First American Title Insurance Company with Quality Loan Service Corporation as new trustee.  **Signature 6/10/10, by OneWest Bank, FSB.  Signed by Suchan Murray, Authorized signatory in Travis, TX."  Affidavit of mailing by Sandy Lopez at Quality Loan Service Corp, San Diego, CA, is undated.**

10. DOC2010-0410987– **8/27/10  Notice of Trustee Sale** naming Quality Loan Service Corp and LPS/Fidelity ASAP to sell at Public Auction Sale in behalf of a **beneficiary unnamed.** Signature by Quality Loan Service Corp by Ron Alanzo, **as authorized agent "for purpose of collecting a debt."**

In our opinion, First American Title Insurance Company, FDIC, IndyMac, OneWest Bank and the parties identified in Items 3-10 above have created a significantly broken Chain of Title. Parties are interstate and governmental entities which extend outside the boundaries of California suggesting Federal Court relief.

I have advised Debtor Diane Templin to seek Counsel and initiate a Quiet Title Action in Unlimited Court for untitled and unlawful transferring of her mortgage note by Trustees who failed to "stand in the shoes" of **First American Title Insurance Company** as her fiduciary trustee per #2 above..


_____          9-14-2010
Charles J. Koppa                                        Date

Exhibit IV

# GENERAL DISCLAIMER

The information presented in **HERSid Reports and Services** are provided "as-is", "where found", and "when available" in public records and a variety of on-line third party resources where content is subject to change without notice. All information is delivered without warranty of any kind, either express or implied, including, but not limited to, warranties of accuracy, fitness for a particular purpose, usage or merchantability, or freedom from infringement of patent, trademark or copyright.

Our Information researchers, marketing affiliates, professional partners, and user members MAY NOT BE LICENSED to practice Law, Real Estate, Escrow, Title or Foreclosure Services. They do NOT perform Credit, Bankruptcy or Foreclosure Counseling or Loan Mediation/Modifications. **HERSid.com** is in the information mining business related to a specific assessor's parcel number. "Findings" are delivered as purchased or authorized by the owner, client, attorney, and/or assignees. The producers have NO responsibility after delivery of such "best effort results" in a timely manner.

Researcher annotations, comments, markings, notes or pointers added on the underlying documents are neither instructive nor directive. The authors are offering neither legal advice nor endorsing any products, systems, services or support that may be available to recipients of any information herewith or identified within a foreclosure analysis resources support system deemed proprietary to the affiliated businesses, members and partners of **HERSid BRANDS**.

UCC 1-207: The providers of **HERSid Reports and Services** are not attorneys, nor authorized to give legal advice in any way, shape, or form intended or not. Authors find and provide information as a result of direct experience and knowledge from personal and professional experience, on specific Mortgage and Foreclosure related topics. If you are facing foreclosure, it is strongly advised that you take all evidence you can gather on the subject and seek legal counsel regarding the totality of information available. In many cases, a licensed attorney may recommend a Law Suit be filed in order to acquire unavailable information. Creators of this service, their successors and assignees, shall not be liable for any incidental or consequential damages for injuries or subsequent actions arising out of the use of information presented in this Report. **We do not offer legal advice.** If you have questions concerning legal effect legal sufficiency, insurance, or tax consequences regarding this Report or any further usage, you must consult with an accountant, attorney, insurance agent, Realtor, tax or other appropriate professional.

Determinations of subsequent activities, if any, that might use **HERSid Reports and Services** should be made by knowledgeable parties representing the Judicial, Regulatory and/or Title Services professions.. Upon written request, **HERSid BRANDS** will provide formal quotations to offer Expert Witness Services, Legal Declarations and/or Written Legal Opinions related to a variety of Member and Partner needs.

Three copies of personalized **HERSid Reports** are included in the Quoted COD price. Additional Copies-On-Demand are available at $49 each, including UPS shipping/handling. **Service: 760-787-9966  Fax 760-787-9988**

**CLIENT:**_____ **RESEARCHER:** *Charles J Kopper*

**ATTORNEY:**_____ **OTHER:** _____

**PROPRIETARY INFORMATION NOTICE:** This Report was prepared for the sole use of the intended recipient(s). It may contain confidential and privileged information. Unauthorized review, use, disclosure or distribution is prohibited.

Exhibit IV

# Exhibit 1

## Recorded Documents

## Property Detail

## Property Comps

## Current Tax Summary

## Chain of Title Summary

## Frequently Asked Questions

Exhibit IV



RECORDING REQUESTED BY
Lawyers Title Co.
AND WHEN RECORDED MAIL TO:
Diane J. Templin
16377 Arnold Avenue
Lake Elsinore, CA  92530

DOC # 2003-560851
07/25/2003 08:00A Fee:30.00
Page 1 of 2 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Gary L. Orso
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|----|----|-----|----|-----|
|   |   |   | 2 |   |   |   |   |   |   |
| A | R | L |   |   | COPY | LONG | REFUND | NCHG | EXAM |

A.P.N.: 378-212-025-8  TRA #: 005

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS: COUNTY $199.10 & CITY $.00
[ ✓ ]   computed on full value of property conveyed, or
[   ]   computed on full value less value of liens or encumbrances remaining at time of sale,
[   ]   unincorporated area; [ ] City of Lake Elsinore , and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
**Fernando A. Nietzen and Yvette M. Nietzen, husband and wife as joint tenants**

hereby GRANT(S) to Diane J. Templin, an unmarried woman

the following described property in the City of Lake Elsinore, County of Riverside State of California;

Lot 95 Unit "G" of Country Club Heights, in the City of Lake Elsinore, County of Riverside, as per map recorded in Book 18, Page(s) 15 of Maps, in the Office of the County Recorder of said County.

SELLER(S):

_____
Fernando A. Nietzen

_____
Yvette M. Nietzen

Document Date:  June 30, 2003

STATE OF CALIFORNIA )SS
COUNTY OF  Riverside        )
On  07 - 02 - 2003    before me,  Delia  Arceo
personally appeared  Fernando  Nietzen  &  Yvette Marie  Nietzen ,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the
person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature  Delia  Arceo

**DELIA ARCEO**
COMM. # 1336334
NOTARY PUBLIC • CALIFORNIA
RIVERSIDE COUNTY
Comm. Exp. DEC. 24, 2005

Mail Tax Statements to:   SAME AS ABOVE or  Address Noted Below

_____

# PENALTY OF PERJURY FOR NOTARY SEAL

## (GOVERNMENT CODE 27361.7)

I certify under penalty of perjury that the Notary Seal on the document to which this statement is attached reads as follows:

NAME OF NOTARY: *Delia Arceo*

DATE COMMISSION EXPIRES: *Dec 24, 2005*

**COUNTY WHERE BOND IS FILED (if applicable) RIVERSIDE**

**STATE WHERE BOND IS FILED: CALIFORNIA**

COMMISSION NUMBER (if applicable):

*1336334*

PLACE OF EXECUTION: SAN BERNARDINO, CA
(CITY & STATE)

DATE: *July 25, 2003*

SIGNATURE: *S Carter*

PRINT NAME: **SANDY CARTER**

2003-560851
07/25/2003 08:00A
2 of 2

(G)     **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H)     **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower *[check box as applicable]*:

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☐ 1-4 Family Rider | ☐ Revocable Trust Rider | |
| ☐ Other(s) *[specify]* | | |

(I)     **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J)     **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K)     **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L)     **"Escrow Items"** means those items that are described in Section 3.

(M)     **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N)     **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O)     **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(P)     **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q)     **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the            County            of            Riverside            :
                                     *[Type of Recording Jurisdiction]*                 *[Name of Recording Jurisdiction]*

Loan No: 2723036

California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                Form 3005 01/01
—THE COMPLIANCE SOURCE, INC.—                        **Page 2 of 12**                        14091CA 08/00
www.compliancesource.com                                                © 2000, The Compliance Source, Inc.

2003-580852
07/25/2003 08:00A
2 of 13

Order: Non-Order Search  Doc: RV:2003 00560852                Public Record                Created By: genniea   Printed: 8/29/2010 10:34:54 AM PST
EXHIBIT V

Legal description attached hereto and made a part hereof.

Assessor's Identification Number:    378212025

which currently has the address of                    16377 Arnold Avenue
                                                                    *[Street]*
        Lake Elsinore        , California        92530                ("Property Address"):
            *[City]*                                    *[Zip Code]*

    TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

    THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

    UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
    1.  **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.**  Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note.  Borrower shall also pay funds for Escrow Items pursuant to Section 3.  Payments due under the Note and this Security Instrument shall be made in U.S. currency.  However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender:  (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.
    Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15.  Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current.  Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower.  If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure.  No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.
    2.  **Application of Payments or Proceeds.**  Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority:  (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3.  Such payments shall be applied to each Periodic Payment in the order in which it became due.  Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.
    If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge.  If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic

Loan No: 2723036

California Deed of Trust-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    Form 3005 01/01
—THE COMPLIANCE SOURCE, INC.—                                    Page 3 of 12                                            14001CA 08/00
        www.compliancesource.com                                                                        © 2000, The Compliance Source, Inc.

2003-560852
07/25/2003 08:00A
3 of 13



③

Recording requested by:
Wells Fargo Bank, N.A.

When recorded return to:
Wells Fargo Bank, N.A.
P. O. BOX 31557
BILLINGS, MT 59107

Attn:  DOCUMENT MANAGEMENT

DOC # 2004-0422788
06/03/2004 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Gary L. Orso
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |
| A | R | L |   |   | COPY | LONG | REFUND | NCHG | EXAM |
|   |   |   |   |   |   |   |   |   |   |

State of California
REFERENCE #: 20040627000944     ACCOUNT #: 0651-651-6511295-1998     ⑮

## SHORT FORM DEED OF TRUST
### (With Future Advance Clause)

1. **DATE AND PARTIES.** The date of this Short Form Deed of Trust ("Security Instrument") is
   05/07/2004 and the parties are as follows:
   TRUSTOR ("Grantor"):
   DIANE B. TEMPLIN AKA DIANE J. TEMPLIN, AN UNMARRIED WOMAN

   whose address is:
   1016 CIRCLE DR ESCONDIDO, CA.  92025
   TRUSTEE:  **AMERICAN SECURITIES COMPANY**
   P. O. BOX 31557
   BILLINGS, MT 59107
   BENEFICIARY ("Lender"):  **WELLS FARGO BANK, N.A.**
   P. O. BOX 31557
   BILLINGS, MT 59107

2. **CONVEYANCE.**  For good and valuable consideration, the receipt and sufficiency of which is
   acknowledged, and to secure the Secured Debt (defined below) and Grantor's performance under this
   Security Instrument, Grantor irrevocably grants, conveys and sells to Trustee, in trust for the benefit of
   Lender, with power of sale, all of that certain real property located in the County of
   RIVERSIDE                                ,State of California, described as follows:
   LOT 95 UNIT G OF COUNTRY CLUB HEIGHTS, IN THE CITY OF LAKE ELSINORE, COUNTY
   OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 18, PAGE(S) 15 OF MAPS, IN THE
   OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

   with the address of  16377 ARNOLD AVE  LAKE ELSINORE, CA  92530
   and parcel number of 378-212-025                                together with all rights, easements,
   appurtenances, royalties, mineral rights, oil and gas rights, all water and riparian rights, ditches, and water
   stock and all existing and future improvements, structures, fixtures, and replacements that may now, or at any
   time in the future, be part of the real estate described above.

   EQ206A (06/2002)

3. **MAXIMUM OBLIGATION LIMIT AND SECURED DEBT.** The total amount which this Security Instrument will secure shall not exceed $ 26,000.00  together with all interest thereby accruing, as set forth in the promissory note, revolving line of credit agreement, contract, guaranty or other evidence of debt ("Secured Debt") of even date herewith, and all amendments, extensions, modifications, renewals or other documents which are incorporated by reference into this Security Instrument, now or in the future. The maturity date of the Secured Debt is 05/07/2044.

4. **FICTITIOUS DEED OF TRUST.** By the delivery and execution of this Security Instrument, Grantor agrees that all provisions and sections of the Fictitious Deed of Trust, inclusive, dated **February 1, 1997** and recorded on February 6, 1997  as Instrument Number 041393  in Book N/A  at Page N/A  of the Official Records in the Office of the Recorder of RIVERSIDE  County, State of California, are hereby incorporated into, and shall govern, this Security Instrument.

5. **RIDERS.** If checked, the following are applicable to this Security Instrument. The covenants and agreements of each of the riders checked below are incorporated into and supplement and amend the terms of this Security Instrument.

☒N/A Third Party Rider
☒N/A Leasehold Rider
☒N/A Other N/A

**SIGNATURES:** By signing below, Grantor agrees to perform all covenants and duties as set forth in this Security Instrument. Grantor also acknowledges receipt of a copy of this document and a copy of the provisions contained in the previously recorded Fictitious Deed of Trust (the Deed of Trust-Bank/Customer Copy). The undersigned Grantor requests that a copy of ANY NOTICE OF DEFAULT AND ANY NOTICE OF SALE hereunder be mailed to the Grantor's address given herein.

_____        ( 5-7-04 )
DIANE B TEMPLIN  AKA DIANE J TEMPLIN        Grantor                Date

_____        _____
                                        Grantor                Date

_____        _____
                                        Grantor                Date

_____        _____
                                        Grantor                Date

_____        _____
                                        Grantor                Date

_____        _____
                                        Grantor                Date

**ACKNOWLEDGMENT (All-Purpose):**
STATE OF California , COUNTY OR San Diego } ss.
On May 7, 2004  before me, the undersigned, a Notary Public in and for said State, personally appeared Diane B Templin AKA DIANE J TEMPLIN
☐ personally known to me  -OR- ☐ proved to me on the basis of satisfactory evidence/ to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature: Susan Lyon
Name: Susan Lyon
(type or printed)
My Commission expires: May 25, 2007                    (Seal)



SUSAN LYON
COMM. 1414313
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires May 25, 2007

EQ206B (06/2002)

④

Recording Requested by:
Wells Fargo Bank, N.A.

DOC # 2007-0485986
07/26/2007 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

60 M 012 9

**RETURN TO THE TRUSTOR:**

DIANE BEALL TEMPLIN
1016 CIRCLE DR
ESCONDIDO, CA 92025-4511

## DEED OF RECONVEYANCE

Account Number: 6516516511295IXXX TC

The undersigned as Trustee under that certain Deed of Trust described as follows:

| Dated: | 05/07/2004 | Recorded: | 06/03/2004 | | |
|---|---|---|---|---|---|
| County of: | Riverside | | State of: | California | |
| Fee / Doc No.: | 2004-0422788 | | Book: | N/A | Page: N/A |

Trustor:          DIANE B TEMPLIN AKA DIANE J. TEMPLIN, an unmarried woman
Trustee:          American Securities Company
Beneficiary:     Wells Fargo Bank, N.A.

Having received from the present Beneficiary under said Deed of Trust, a written request to reconvey, reciting that the obligations secured by the Deed of Trust have been fully satisfied, does hereby grant, bargain, sell and reconvey, unto the parties entitled thereto all right, title and interest which was heretofore acquired by said Trustee under said Deed of Trust.

Dated: 07/11/2007

American Securities Company

(Trustee)

Toni Walters, VP Loan Documentation

STATE OF MONTANA
COUNTY OF YELLOWSTONE } ss.

On 07/11/2007 before me, Jonna L Denson, a Notary Public, personally appeared Toni Walters, VP Loan Documentation of American Securities Company, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the Instrument.
WITNESS my hand and official seal.

Jonna L Denson
Notary Public for the State of Montana
Residing at Park City, Montana
My commission expires: 10/10/2010
Wells Fargo Bank, N.A., 2324 Overland Ave
Billings, MT 59102  866-255-9102

JONNA L. DENSON
NOTARIAL
SEAL
STATE OF MONTANA

⑤

DOC # 2009-0370886
07/17/2009 08:00A Fee:22.00
Page 1 of 73
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Return Address:

DIANE JOAN BEALL
16377 ARNOLD AVENUE
LAKE ELSINORE, CALIFORNIA 92530

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 13   |      |     |      |      |     | 77   |
| M | A | L | 465  | 428  | PCOR| NCOR | SMF  | NCHG| EXAM |
|   |   |   |      |      |     |      | CTY  | UNI | 605  |

PUBLIC RECORD

99   C
     605

⟨ UCC FILINGS ⟩

Grantor: DIANE JOAN BEALL

Grantee: Diane Joan Beall

July 09, 2009



2009-0370886
07/17/2009 08:00A
2 of 73

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Diane Joan Beall Templin                    760-807-5417

**B. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

DIANE
c/o CGAM
PO BOX 100
RAINIER, WASHINGTON 98576

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME  DIANE JOAN BEALL TEMPLIN | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS  16377 ARNOLD AVENUE | CITY  LAKE ELSINORE | STATE CA  POSTAL CODE 92530 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME  Templin aka Beall aka Beall-Templin | FIRST NAME Diane | MIDDLE NAME Joan | SUFFIX |
| 3c. MAILING ADDRESS  c/o Cara Templin, 1016 Circle Drive | CITY Escondido | STATE Cali  POSTAL CODE near[92025] | COUNTRY usa |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL PROPERTY BELONGING TO THE DEBTOR BELONGS TO THE SECURED PART. DEBTOR IS A TRANSMITTING UTILITY. DEBTOR IS A TRUST

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

---

## GOVERNMENT CODE 27361.7

---

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE NOTARY SEAL ON THE DOCUMENT TO WHICH THIS STATEMENT IS ATTACHED READS AS FOLLOWS:**

Name of
The Notary: _____ *Susan Lyon*

Commission
Number: _____ *1444313*

County Where
Bond is Filed: _____ *San Diego*

Commission
Expires: _____ *5/25/07*

Manufacturer or Vendor Number: _____ *GBP1*
(Located on both sides of the notary seal border)

Date & Place of
Notary Execution: *5/7/04*    *San Diego* County, California

Signature: *Barb Varela* WELLS FARGO BANK, N.A.

Date & Place of
This Execution: *5/12/04* Maricopa County, Arizona

---



2009-0370886
07/17/2009 08:00A
3 of 23

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DIANE JOAN BEALL TEMPLIN
16377 ARNOLD AVENUE
LAKE ELSINORE, CA 92530

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2008-303-9056-6 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

List of Collateral attached and all property located at 16377 ARNOLD AVENUE, LAKE ELSINORE, CA. 92530
Power of Attorney, Commercial Security Agreement, No DJB0001HHIA, Actual and Constructive Notice
Hold Harmless and Indemnity Agreement No DJB0001HHIA, Non Negotiable Security Agreement, Legal Notice
and Demand,Archetype-Act of State,Secretary of State- Apostille
Copyright Trade Name/Trademark Contract No DJB0001CTNC
DEBTOR IS A TRANSMITTING UTILITY
All property belonging to Debtor belongs to Secured Party
Posted @ www.getnotice.info/djb.html

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DIANE JOAN BEALL TEMPLIN | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING
[AND WHEN RECORDED MAIL TO]
OneWest Bank, FSB
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan #: 2723036

DOC # 2010-0109646
03/10/2010 08:00A Fee:18.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

051  | M |
     | 051 |

## CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB, SUCCESSOR TO INDYMAC BANK, F.S.B., WHOSE ADDRESS IS 6900 BEATRICE DR. , KALAMAZOO, MI 49009, (ASSIGNOR),, by these presents does convey, grant, sell, assign, transfer and set over the described Deed of Trust together with the certain note(s) described therein, without recourse, representation or warranty, together with all right, title and interest secured thereby, all liens, and any rights due or to become due thereon to OneWest Bank, FSB, WHOSE ADDRESS IS 888 E. WALNUT STREET , PASADENA, CA 91101, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).
Said Deed made by DIANE J. TEMPLIN and recorded on 07/25/2003 as Inst# 2003-560852 in Book , Page  in the office of the RIVERSIDE County Recorder, California.
Property more commonly known as: 16377 ARNOLD AVENUE, LAKE ELSINORE, CA 92530

This assignment is made without recourse, representation or warranty, express or implied by the FDIC in any capacity.

Dated:01/21/2010
FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB, SUCCESSOR TO INDYMAC BANK, F.S.B.

By:
     BRYAN BLY ATTORNEY-IN-FACT

STATE OF FLORIDA          COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me this 21st day of January in the year 2010 by BRYAN BLY, well known to me to be the ATTORNEY-IN-FACT of FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB, SUCCESSOR TO INDYMAC BANK, F.S.B., a corporation, on behalf of the corporation.

_____
CRYSTAL MOORE DD 927242    Notary Public

My Commission expires: 09/23/2013
Prep by: Jessica Fretwell/NTC,2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

OWBAS 10741382 CJ2412180                                        form5/FRMCA1

*10741382*

CRYSTAL MOORE
Notary Public, State of Florida
Commission # DD 927242
Expires September 23, 2013
Bonded Through National Notary Assn.

Exhibit IV



DOC # 2010-0241020
05/25/2010 08:00A Fee:27.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Glenn M. Perrell Atty @ law

Recording requested by:
Quality Loan Service Corp

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| | | | U | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | T: | CTY | UNI 043 |

TS # CA-10-363459-TC          Order #

27
C
043



IMPORTANT NOTICE
NOTICE OF DEFAULT AND ELECTION TO SELL
UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN
YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION.** You
may have the legal right to bring your account in good standing by paying all of your past due payments
plus permitted costs and expenses within the time permitted by law for reinstatement of your account
(normally five business days prior to the date set for the sale of your property). No sale may be set until
three months from the date this notice of default is recorded (which date of recordation appears on this
notice). This amount is $4,817.85 as of 5/24/2010 and will increase until your account becomes current.
    While your property is in foreclosure, you still must pay other obligations (such as insurance and
taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the
loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in
the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to
reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a
condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property
taxes, and hazard insurance premiums.
    Upon your written request, the beneficiary or mortgagee will give you a written itemization of the
entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even
though full payment was demanded, but you must pay all amounts in default at the time payment is made.
However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice
of sale is posted (which may not be earlier than the three-month period stated above) to, among other
things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or
(2) establish a schedule of payments in order to cure your default; or both (1) and (2).
    Following the expiration of the time period referred to in the first paragraph of this notice, unless the
obligation being foreclosed upon or a separate written agreement between you and your creditor permits a
longer period, you have only the legal right to stop the sale of your property by paying the entire amount
demanded by your creditor.
    To find out the amount you must pay, or arrange for payment to stop the foreclosure, or if your
property is in foreclosure for any other reason, contact:

OneWest Bank, FSB
C/O Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711

TS No.: CA-10-363459-TC

**Notice of Default and Election To Sell Under Deed of Trust**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That the undersigned is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 7/20/2003, executed by DIANE J. TEMPLIN , AN UNMARRIED WOMAN, as Trustor, to secure certain obligations in favor of INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK A FEDERAL SAVINGS BANK as beneficiary, recorded 7/25/2003, as Instrument No. 2003-560852, in Book xxx, Page xxx of Official Records in the Office of the Recorder of  RIVERSIDE County, California describing land therein: as more fully described in said Deed of Trust.

Said obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $144,800.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the beneficiary; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

The installments of principal and interest which became due on 1/1/2010, and all subsequent installments of principal and interest through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustee's fees, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect and preserve its security, all of which must be paid as a condition of reinstatement, including all sums that shall accrue through reinstatement or pay-off. Nothing in this notice shall be construed as a waiver of any fees owing to the Beneficiary under the Deed of Trust pursuant to the terms of the loan documents.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

The Beneficiary or its designated agent declares that it has contacted the borrower, tried with due diligence to contact the borrower as required by California Civil Code § 2923.5, or the borrower has surrendered the property to the beneficiary or authorized agent, or is otherwise exempt from the requirements of § 2923.5. Pursuant to the attached declaration incorporated herein and made a part hereof by this reference.

Dated: 5/24/2010

Quality Loan Service Corp. (AS AGENT FOR BENEFICIARY)
BY: LSI Title Company, as Agent

By: _____
Eric R.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

1003561436

DIANE TEMPLIN

Exhibit IV

Created By: genniea   Printed: 9/11/2010 12:57:12 PM PST

Public Record

Order: Non-Order Search  Doc: RV:2010.00241020

DIANE TEMPLIN

## DECLARATION PURSUANT TO CAL. CIV. CODE SECTION 2923.5(b):

The undersigned mortgagee, beneficiary or authorized agent hereby declares under penalty of perjury, under the laws of the State of California, as follows:

☒   The mortgagee, beneficiary or authorized agent has contacted the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure in compliance with Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since the borrower was contacted.

☐   The mortgagee, beneficiary or authorized agent has tried with due diligence to contact the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since these due diligence efforts were completed.

☐   The mortgagee, beneficiary or authorized agent was not required to comply with Cal. Civ. Code Section 2923.5 because:

     ☐   the borrower has surrendered the property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, trustee, beneficiary or authorized agent.

     ☐   the borrower has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their contractual obligations to mortgagees or beneficiaries.

     ☐   the borrower has filed for bankruptcy, and the proceedings have not yet been finalized.

INDYMAC MORTGAGE SERVICING

Date: 3/4/2010      By: _John Crespo_

Exhibit IV
Page 4 of 4

Order: Non-Order Search  Doc: RV:2010 00241020     Created By: genniea  Printed: 9/11/2010 12:57:12 PM PST



DOC # 2010-0316603
07/07/2010 08:00A Fee:24.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |     |     | T: |     | CTY | UNI | 025 |

TS #:   CA-10-363459-TC
        1003561436
Order #  100318009-CA-DCI

Space above this line for recorders use

## Substitution of Trustee

WHEREAS, DIANE J. TEMPLIN, AN UNMARRIED WOMAN was the original Trustor, FIRST AMERICAN TITLE INSURANCE COMPANY was the original Trustee, and INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK A FEDERAL SAVINGS BANK was the original Beneficiary under that certain Deed of Trust dated 7/20/2003 and recorded on 7/25/2003 as Instrument No. 2003-560852, in book xxx, page xxx of Official Records of RIVERSIDE County, CA; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes QUALITY LOAN SERVICE CORPORATION as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Page 1

Substitution of Trustee - CA
TS # CA-10-363459-TC
Page 2

See Attached "Exhibit A"

Dated:  6-10-10

OneWest Bank, FSB

By:  Suchan Murray

Authorized Signatory

State of _____Texas_____ )
County of _____Travis_____ )

On 6-10-10 Date before me, Katherine Braddock a notary public, personally appeared _____Suchan Murray_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _____Texas_____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Katherine Braddock_ (Seal)

KATHERINE AMY SCOTT BRADDOCK
Notary Public, State of Texas
My Commission Expires
May 20, 2014

### Exhibit "A"
### Affidavit of Mailing
### for Substitution of Trustee By Code

TS No.: **CA-10-363459-TC**
Trustor: DIANE J. TEMPLIN , AN UNMARRIED WOMAN

I, Sandy Lopez, declare: That I am an employee of **Quality Loan Service Corp.**, an agent for beneficiary, whose business address is:

2141 5th Avenue
San Diego, CA 92101

I am over the age of eighteen years and in accordance with California Civil Code Section 2934, I caused a copy of the attached Substitution of Trustee to be mailed, in the manner provided in Section 2924(b) of the Civil Code of the State of California, to the trustee of record under the Deed of Trust described in said Substitution and to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Diego, CA on 6/18/2010.

Sandy Lopez

Exhibit IV

Hm LPS

Recording requested by:
Quality Loan Service Corp.

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

DOC # 2010-0410987
08/27/2010 08:00A Fee:21.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

(10)

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|------|------|
| | | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | T: | CTY | UNI | 013 |

TS # CA-10-363459-TC          Order # 100318009-CA-DCI

## NOTICE OF TRUSTEE'S SALE

(2)

T
1
043

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 7/20/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):  **DIANE J. TEMPLIN , AN UNMARRIED WOMAN**
Recorded:   7/25/2003 as Instrument No. 2003-560852 in book xxx, page xxx of Official Records in the office of the Recorder
of RIVERSIDE County, California;

Date of Sale:  9/17/2010 at 10:00 AM
Place of Sale:  At the Main Street entrance to the County Courthouse, 4050 Main Street, Riverside, CA 92501
Amount of unpaid balance and other charges: $135,818.65
The purported property address is:      16377  ARNOLD AVE
                                        LAKE ELSINORE, CA 92530

Assessors Parcel No. 378-212-025-8

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, please refer to the referenced legal description for property location. In the event no common address or common designation of the property is provided herein directions to the location of the property may be obtained within 10 days of the date of first publication of this Notice of Sale by sending a written request to OneWest Bank, FSB 2900 Esperanza Crossing Austin TX 78758

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;

[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 .

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Date: 8/26/2010                       Quality Loan Service Corp.
                                      2141 5th Avenue
                                      San Diego, CA 92101
                                      619-645-7711 For NON SALE information only
                                      Sale Line: 714-730-2727 or Login to: www.fidelityasap.com
                                      Reinstatement Line: (877) 908-4357

                                      Quality Loan Service Corp. By: Ronald Alonzo, as Authorized Agent.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Tax Detail Page SSP

**Tax Search Results**

*handwritten:* FA-TEMPLIN
TAX STATUS



| | |
|---|---|
| Tax Year: 2009-2010 | APN: 378-212-025-9 |
| Described As: | LOT 95 MB 018/015 COUNTRY CLUB HEIGHTS UNIT |
| Address: | 16377 ARNOLD LAKE ELSINORE 92530 |
| City: | LAKE ELSINORE |
| Billing Address: | 1016 CIRCLE DR ESCONDIDO CA 92025 |
| Assessed Owner(s): | TEMPLIN DIANE J |
| Mailing Name(s): | TEMPLIN, DIANE J |

*Payments as of: 9/3/2010*

| Tax Rate Area: | 005-005 | | Value | | Conveyance Date: | 07/2003 |
|---|---|---|---|---|---|---|
| Use Code: | | R1 | Land: | 25,000.00 | Conveying Instrument: | 560851 |
| | | | Improvements: | 77,000.00 | Date Transfer Acquired: | |
| | | | Personal Property: | | Vesting: | UW |
| | Single family residential | | Fixtures: | | Year Built: | |
| Region Code: | | | Inventory: | | Year Last Modified: | |
| Flood Zone: | | | | | | Square Footage |
| Zoning Code: | | | | Exemptions | | |
| Taxability Code: | | 0-00 | Homeowner: | | Land: | |
| | | | Inventory: | | Improvements: | |
| Tax Rate: | 1.0043 % | | Personal Property: | | | |
| | | | Religious: | | | |
| | | | All Other: | | Tax Defaulted: | |
| Bill#: | 0285878 | | | | | |
| Issue Date: | | | Net Taxable Value: | 102,000.00 | Total Tax: | 1,400.78 |

**Installments**

| Installment | Amount | Penalty | Due Date | Status | Payment Date | Balance |
|---|---|---|---|---|---|---|
| 1st | 700.39 | 70.01 | 12/10/2009 | PAID W/ PENALTY | 5/31/2010 | 0.00 |
| 2nd | 700.39 | 98.01 | 4/10/2010 | PAID W/ PENALTY | 5/31/2010 | 0.00 |
| | | | | | Total Balance: | |

**Special Liens**

| Account | Description | Amount |
|---|---|---|
| 68-1363 | FLOOD CONTROL ZONE 3 BENEFIT ASMT D | 8.32 |
| 68-1377 | FLOOD CONTROL NPDES-SANTA ANA | 2.46 |
| 68-1867 | COUNTY SERVICE AREA | 6.64 |
| 68-2357 | CITY OF ELSINORE LLMD | 54.92 |
| 68-2370 | CITY OF ELSINORE REFUSE COLL. | 264.24 |
| 68-4571 | NORTHWEST MOSQUITO ABATEMENT | 10.60 |
| 68-5230 | ELSINORE WATER STANDBY | 20.00 |
| 68-5360 | METRO WATER DIST STANDBY WEST | 9.22 |

**⌄ Hide Open Orders**

Open Orders with same APN

| Company | Department | Title Unit | Order # | Date Created |
|---|---|---|---|---|
| 61 | | 32 | 100318009 | 5/20/2010 |

Exhibit IV

*Master Grange*

**Property Search Results**

[Add Search to Order] [Retrieve Document] [Print Search] [Search]

▼ Hide Open and Closed Orders

*FA - TEMPLIN CHAIN OF TITLE*

🔍 View: Condensed | Expanded

**Open and Closed Orders with same Legal Description**

| Company | Department | Title Unit | Order # | Starter Remarks | Date Created | Status |
|---|---|---|---|---|---|---|
| Lender Processing Services Default Title | Irvine | DC | 100318009 | | 3/21/2010 | Open |

Results 1-89 of 89

[First Page] [Prev Page] Page 1 of 1 [Next Page] [Last Page]

Show All

| | # | Rec Date | Doc ID | CI▲ | Doc Type | 1st Party | 2nd Party | Legal | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 🔲 | 3 | 1/2/1980 | | | FR | BASE-ARB🅟 | | Bk 378 Pg 21 Blk 212 | Rem: LOTS 1 - 34 |
| 🔲 ✳ | 18 | 9/9/1980 | 163238 | | DE | DIRECTIONS W🅟 | TALBERT WILLIAM R JR&SALLY🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Rem: DDS |
| 🔲 ✕ | 19 | 9/9/1980 | 163239 | 1 | TD | TALBERT W&S🅟 | COLDWELL BANKER RESIDENTIAL🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Amt: $60,000, Rem: DTR COLDWELL BANKER RE |
| 🔲 ✕ | 21 | 10/16/1980 | 191469 | 1 | AS | | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 9/9/1980 163239, Rem: 090980 163239 ASG |
| 🔲 ✕ | 24 | 12/21/1981 | 234599 | 1 | TD | | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 9/9/1980 163239, Rem: 090980 163239 SUB |
| 🔲 ✕ | 25 | 12/21/1981 | 234600 | 1 | ND | | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 9/9/1980 163239, Rem: 090980 163239 DEF |
| 🔲 ✕ | 28 | 4/27/1982 | 71077 | 1 | NO | | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 9/9/1980 163239, Rem: 090980 163239 NOS |
| 🔲 ✕ | 30 | 4/27/1982 | 71077 | 1 | NO | FED NATL MTG🅟 | TALBERT WILLIAM R JR&SALLY🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 9/9/1980 163239, Rem: NOS 09/09/80DTR#163239 |
| 🔲 ✕ | 20 | 10/3/1980 | 181731 | 2 | TD | TALBERT W&S🅟 | COLDWELL BANKER RESIDENTIAL🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Amt: $60,000, Rem: DTR COLDWELL BANKER |
| 🔲 ✕ | 26 | 12/21/1981 | 234600 | 2 | ND | | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 10/3/1980 181731, Rem: 100380 181731 DEF |
| 🔲 ✕ | 29 | 4/27/1982 | 71077 | 2 | NO | | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 10/3/1980 181731, Rem: 100380 181731 NOS |
| 🔲 ✕ | 31 | 4/27/1982 | 71077 | 2 | NO | FED NATL MTG🅟 | TALBERT WILLIAM R JR&SALLY🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 10/3/1980 181731, Rem: NOS 10/03/80DTR#181731 |
| 🔲 | 4 | 4/30/1981 | | | GT | 2-3 TO-35🅟 | | Bk 378 Pg 21 Blk 212 | Rem: LOTS 2 - 3 |
| 🔲 | 22 | 6/3/1981 | | | PY | 🅟 | 🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Co: FID, LC: *, Rem: ### 46519 |
| 🔲 | 23 | 12/17/1981 | | | PY | 🅟 | 🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Co: FID, LC: *, Rem: ### 47695 |
| 🔲 | 27 | 12/23/1981 | | | PY | 🅟 | 🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Co: FID, LC: *, Rem: ### TSG47760 |
| 🔲 ✳ | 32 | 6/11/1982 | 100528 | | DE | FEDL NATL MO🅟 | FEDL NATL MTG ASSOC🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Rem: TRD 80DTR181731&163239 |
| 🔲 ✳ | 33 | 6/16/1982 | 103072 | | DE | FED NATL MTG🅟 | ADMIN OF VETERANS AFFAIRS🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Rem: DDS |
| 🔲 ✳ | 78 | 7/25/2003 | 560851 | | DE | NIETZEN FERNANDO ETUX🅟 | TEMPLIN DIANE🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Co: CTL, Amt: 199.10F, Est Prch: $181,000.00 |
| 🔲 ✕ | 79 | 7/25/2003 | 560852 | 16 | TD | TEMPLIN DIANE🅟 | INDYMAC BK🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Amt: $144,800, Co: CTL |
| 🔲 ✕ | 86 | 3/10/2010 | 109646 | 16 | AS | TEMPLIN DIANE🅟 | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 7/25/2003 560852, Rem: 07/25/03 560852 TD |
| 🔲 ✕ | 87 | 5/25/2010 | 241020 | 16 | ND | TEMPLIN DIANE🅟 | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 7/25/2003 560852, Rem: 07/25/03 560852 TD |
| 🔲 ✕ | 88 | 7/7/2010 | 316603 | 16 | TD | TEMPLIN DIANE🅟 | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 7/25/2003 560852, Rem: 07/25/03 560852 SUB/TD |
| 🔲 ✕ | 89 | 8/27/2010 | 410987 | 16 | NO | TEMPLIN DIANE🅟 | QUALITY LN SVC🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 7/25/2003 560852, Rem: 07/25/03 560852 NOS/TD |
| 🔲 ↺ | 81 | 6/3/2004 | 422788 | 17 | TD | TEMPLIN DIANE ETAL🅟 | WELLS FARGO🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Amt: $25,000 |
| 🔲 ✓ | 82 | 7/26/2007 | 485986 | 17 | RL | TEMPLIN DIANE ETAL🅟 | | Bk 378 Pg 21 Blk 212 Pcl 25 | Ref: 6/3/2004 422788, Rem: 06/03/04 422788 TD |
| 🔲 | 14 | 12/31/2005 | | | GT | GT 40🅟 | | Bk 378 Pg 21 Blk 212 | Rem: LOTS 20 - 21 |
| 🔲 ✕ | 15 | 6/30/2009 | 333211 | 18 | NO | CY LKE🅟 | | Bk 378 Pg 21 Blk 212 | Rem: (generated from late posting record) |
| 🔲 ✕ | 16 | 3/11/2010 | 999999 | 18 | NO | CY LKE🅟 | | Bk 378 Pg 21 Blk 212 | Rem: LATE POSTING 06/30/09 #333211 |
| 🔲 ✕ | 83 | 7/17/2009 | 370888 | | CC | TEMPLIN DIANE ETAL🅟 | TEMPLIN DIANE ETAL🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | |
| 🔲 ✕ | 84 | 7/17/2009 | 370887 | | CC | WOODRUFF MICHAEL🅟 | WOODRUFF MICHAEL🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | |
| 🔲 ✕ | 85 | 7/17/2009 | 370888 | | CC | WOODRUFF JOHN🅟 | WOODRUFF JOHN🅟 | Bk 378 Pg 21 Blk 212 Pcl 25 | Rem: AMD/CC |
| 🔲 ✕ | 17 | 5/20/2010 | 100318009 | | OR | 61 32 100318009 052010 05🅟 | | Bk 378 Pg 21 Blk 212 Pcl 25 | Co: TAT |

Exhibit IV

# Property Detail Report

Subject Property

**16377 Arnold Ave**
**Lake Elsinore, CA 92530-4817**
**Riverside County**



 Preforeclosure

## Owner Info:

| | |
|---|---|
| Owner Name : **Templin Diane J** | Recording Date : **07/25/2003** |
| Tax Billing Address : **1016 Circle Dr** | Annual Tax : **$1,401** |
| Tax Billing City & State : **Escondido CA** | County Use Code : **Single Fam Resid** |
| Tax Billing Zip : **92025** | Universal Land Use : **SFR** |
| Tax Billing Zip+4 : **4511** | |

## Location Info:

| | |
|---|---|
| Subdivision : **Country Club Heights Unit G** | School District : **Lake Elsinore** |
| Zoning : **R1** | Map Coordinates : **865-J2** |
| Census Tract : **430.05** | Carrier Route : **C023** |
| Flood Zone Code : **X** | Flood Panel Date : **08/18/2003** |
| Flood Zone Panel : **0606362053F** | |

## Tax Info:

| | |
|---|---|
| Tax ID : **378-212-025** | Improved Assessment : **$77,000** |
| Alt APN : **378-212-025** | Total Assessment : **$102,000** |
| Tax Year : **2009** | % Improv : **75%** |
| Annual Tax : **$1,401** | Tax Area : **5005** |
| Assessment Year : **2009** | Legal Description : **Lot 95 Mb 018/015 Country Club Heights Unit G** |
| Land Assessment : **$25,000** | Lot Number : **95** |

## Characteristics:

| | |
|---|---|
| Lot Frontage : **60** | Cooling Type : **Central** |
| Lot Depth : **83** | Heat Type : **Central** |
| Lot Acres : **.11** | Lot Sq Ft : **4791.6** |
| Garage Type : **Garage/Carport** | Garage Sq Ft : **400** |
| Style : **Contemporary** | Building Sq Ft : **4,236** |
| Roof Material : **Composition Shingle** | Stories : **1** |
| Construction : **Frame** | Condition : **Average** |
| Exterior : **Stucco** | Total Rooms : **5** |
| Bedrooms : **3** | Total Baths : **2** |
| Full Baths : **2** | Year Built : **1980** |
| Fireplaces : **1** | Water : **Type Unknown** |
| Equipment : **Range Oven, Dishwasher, Disposal** | Sewer : **None** |

## Last Market Sale:

| | |
|---|---|
| Recording Date : **07/25/2003** | Deed Type : **Grant Deed** |
| Settle Date : **06/30/2003** | Owner Name : **Templin Diane J** |
| Sale Price : **$181,000** | Seller : **Nietzen Fernando A & Yvette M** |
| Document No : **560851** | Price Per Sq Ft : **$146.44** |

*(handwritten: Retro Comps suggest $164,000 $17,000 Appraisal Fraud)*

**Sales History:**     Less History

| | | | |
|---|---|---|---|
| Recording Date : | 07/25/2003 | 04/28/2000 | 05/30/1995 | 08/25/1994 |
| Sale Price : | $181,000 | $97,500 | $60,000 | |
| Sale/Tax Stamp Type : | Full | Full | Full | |
| Buyer Name : | Templin Diane J | Nietzen Fernando A & Yvette M | Campbell Rodney L | Secretary Of Veterans Affairs |
| Buyer Name 2 : | | Nietzen Yvette M | | |
| Seller Name : | Nietzen Fernando A & Yvette M | Campbell Rodney L | Secretary Of Veterans Affairs | Hanson Neal B |
| Document No : | 560851 | 161234 | 171665 | 331819 |
| Document Type : | Grant Deed | Grant Deed | Deed (Reg) | Corporation Grant Deed |

| | | | |
|---|---|---|---|
| Recording Date : | 08/25/1994 | 11/23/1988 | 05/14/1984 | 06/00/1982 |
| Sale Price : | $79,929 | $95,000 | $1,000 | $60,000 |
| Nominal : | | | Y | |
| Sale/Tax Stamp Type : | | Full | Full | Partial |
| Buyer Name : | Norwest Mortgage Inc | Hanson Neal B & Rebecca J | Johnson Joe F | Administrator Of Ve Terans |
| Buyer Name 2 : | | Hanson Rebecca J | | |
| Seller Name : | Hanson Neal B | Johnson Joe Harris | Musich Douglas A | Federal Natl Mortgage Assn |
| Document No : | 331818 | 344065 | 100296 | 103072 |
| Document Type : | Trustee Deed | Grant Deed | Deed (Reg) | Deed (Reg) |

**Mortgage History:**

| | | | |
|---|---|---|---|
| Mortgage Date : | 06/03/2004 | 07/25/2003 | 04/28/2000 | 02/25/1998 |
| Mortgage Amt : | $25,000 | $144,800 | $97,173 | $82,800 |
| Mortgage Lender : | Wells Fargo Bk | Indymac Bk Fsb | Trust 1 Mtg Corp | Headlands Mtg Inc |
| Mortgage Type : | Conventional | Conventional | Fha | Conventional |
| Borrower 1 : | Templin Diane B | Templin Diane J | Nietzen Fernando A & Yvette M | Campbell Rodney L |

**Foreclosure History:**

| | |
|---|---|
| Document Type : | Notice Of Default |
| Default Date : | 05/24/2010 |
| Foreclosure Filing Date : | 05/24/2010 |
| Recording Date : | 05/25/2010 |
| Document Number : | 000000241020 |
| Default Amount : | $4,618 |
| Original Doc Date : | 07/25/2003 |
| Original Doc Number : | 000000560852 |

Courtesy of Charles Koppa
Sandicor

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein
can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Comps**

Comparable Sales Candidates For
**16377 Arnold Ave**
**Lake Elsinore, CA 92530-4817**

Properties Returned: 15

| | Address | City State Zip | Recording Date | Sale Price | Price Per Sq Ft | Lot Sq Ft | Building Sq Ft | Bedrooms | Total Baths | Dist (miles) | Map Coordinates | Total Assessment | Assessed Value Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 250 White Oak Rd | Lake Elsinore CA 92530 | 02/14/2003 | $165,000 | $156.10 | 6969.6 | 1,057 | 2 | 2 | .308983 | 865-H2 | $97,000 | 1.70 |
| 2 | 218 Broadway St | Lake Elsinore CA 92530 | 02/28/2003 | $190,000 | $127.86 | 7405.2 | 1,486 | 4 | 2 | .40534 | 865-H2 | $137,000 | 1.39 |
| 3 | 252 Lauren Ct | Lake Elsinore CA 92530 | 06/11/2003 | $179,000 | $129.06 | 6969.6 | 1,387 | 3 | 2 | .420803 | 865-H2 | $128,000 | 1.40 |
| 4 | 281 White Oak Rd | Lake Elsinore CA 92530 | 03/31/2003 | $130,000 | $90.15 | 6,534 | 1,442 | 3 | 2 | .462213 | 865-H2 | $146,206 | 0.89 |
| 5 | 273 Driftwood Ct | Lake Elsinore CA 92530 | 04/01/2003 | $176,000 | $148.27 | 10018.8 | 1,187 | 3 | 2 | .467513 | 865-H2 | $137,000 | 1.28 |
| 6 | 248 Southshore Dr | Lake Elsinore CA 92530 | 01/15/2003 | $172,000 | $136.94 | 10,890 | 1,256 | 3 | 2 | .559505 | 865-H2 | $154,000 | 1.12 |
| 7 | 199 N Pennsylvania St | Lake Elsinore CA 92530 | 06/26/2003 | $225,500 | $171.35 | 9583.2 | 1,316 | 3 | 2 | .566951 | 865-H2 | $145,000 | 1.56 |
| 8 | 224 Northshore Dr | Lake Elsinore CA 92530 | 01/17/2003 | $183,000 | $145.70 | 10018.8 | 1,256 | 3 | 2 | .673807 | 865-G2 | $154,000 | 1.19 |
| 9 | 217 Beachwood Dr | Lake Elsinore CA 92530 | 01/31/2003 | $160,000 | $127.39 | 10018.8 | 1,256 | 3 | 2 | .696613 | 865-G2 | $153,000 | 1.05 |
| 10 | 120 S Massachusetts St | Lake Elsinore CA 92530 | 03/21/2003 | $200,000 | $151.98 | 8276.4 | 1,316 | 3 | 2 | .7481 | 865-G2 | $159,000 | 1.26 |
| 11 | 166 N Nebraska St | Lake Elsinore CA 92530 | 02/14/2003 | $197,000 | $129.52 | 6969.6 | 1,521 | 3 | 2 | .788818 | 865-G2 | $139,000 | 1.42 |
| 12 | 669 Walnut Dr | Lake Elsinore CA 92530 | 04/22/2003 | $90,000 | $71.54 | 1742.4 | 1,258 | 2 | 2 | .848315 | 865-J3 | $80,000 | 1.12 |
| 13 | 29212 Northpointe St | Lake Elsinore CA 92530 | 06/05/2003 | $230,000 | $151.32 | 11325.6 | 1,520 | 3 | 2 | .984134 | 865-G2 | $172,000 | 1.34 |
| 14 | 29330 Schooner Ln | Lake Elsinore CA 92530 | 03/04/2003 | $200,000 | $146.84 | 7840.8 | 1,362 | 3 | 2 | 1.083136 | 865-G3 | $184,000 | 1.09 |
| 15 | 29331 Schooner Ln | Lake Elsinore CA 92530 | 04/30/2003 | $217,272 | $142.94 | 8276.4 | 1,520 | 3 | 2 | 1.086534 | 865-G3 | $183,000 | 1.19 |

Courtesy of Charles Koppa
Sandicor

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Av $176,000 = 133/SF
1324
1236 Subj
$164,000
value @ Purchase
6/30/03
$181,000

Exhibit IV

**Comparable Sales For**
**16377 Arnold Ave, Lake Elsinore, CA 92530-4817**

*EST Comps*
*Present Value*

Projected Values Calculated by:

> Sq Footage
> $141,608.52

## Comparable Statistics:

| | Subject Property | High | Low | Median | Average |
|---|---|---|---|---|---|
| Sq Footage | 1,236 | 1,370 | 1,056 | 1,246 | 1,236 |
| Sale Price | $181,000.00 | $165,000.00 | $100,000.00 | $141,500.00 | $141,200.00 |
| Price/Sq Footage | $146.44 | $134.47 | $89.29 | $118.84 | $114.57 |

## Summary

| | Address | City State Zip | Recording Date | Sale Price | Price Per Sq Ft | Lot Sq Ft | Building Sq Ft | Bedrooms | Total Baths | Dist (miles) | Map Coordinates | Total Assessment | Assessed Value Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 29364 Gunder Ave | Lake Elsinore CA 92530 | 03/31/2010 | $100,000 | $89.29 | 6098.4 | 1,120 | 3 | 2 | .261747 | 865-J2 | $93,695 | 1.07 |
| 2. | 230 White Oak Rd | Lake Elsinore CA 92530 | 03/30/2010 | $140,000 | $106.38 | 6,534 | 1,316 | 3 | 2 | .345613 | 865-H2 | $145,602 | 0.96 |
| 3. | 3556 Cherry Blossom Ln | Lake Elsinore CA 92530 | 04/05/2010 | $165,000 | $120.44 | 6098.4 | 1,370 | 3 | 2 | .437368 | 865-H1 | $165,693 | 1.00 |
| 4. | 3515 Cherry Blossom Ln | Lake Elsinore CA 92530 | 04/01/2010 | $144,000 | $122.34 | 6098.4 | 1,177 | 3 | 2 | .44899 | 865-H1 | $159,000 | 0.91 |
| 5. | 264 S Terra Cotta Rd | Lake Elsinore CA 92530 | 04/14/2010 | $135,000 | $102.58 | 9147.6 | 1,316 | 3 | 2 | .537854 | 865-H2 | $145,000 | 0.93 |
| 6. | 29254 Pierrot Ave | Lake Elsinore CA 92530 | 04/07/2010 | $135,000 | $100.67 | 5662.8 | 1,341 | 3 | 2 | .577311 | 866-A2 | $173,287 | 0.78 |
| 7. | 174 N Torn Ranch Rd | Lake Elsinore CA 92530 | 06/21/2010 | $155,000 | $117.78 | 7405.2 | 1,316 | 3 | 2 | .610617 | 865-H2 | $144,000 | 1.08 |
| 8. | 191 N Torn Ranch Rd | Lake Elsinore CA 92530 | 04/28/2010 | $155,000 | $131.80 | 7405.2 | 1,176 | 3 | 2 | .630708 | 865-H2 | $148,000 | 1.05 |
| 9. | 132 S Torn Ranch Rd | Lake Elsinore CA 92530 | 08/06/2010 | $142,000 | $134.47 | 7405.2 | 1,056 | 3 | 2 | .637735 | 865-H2 | $156,000 | 0.91 |
| 10. | 145 S Torn Ranch Rd | Lake Elsinore CA 92530 | 05/25/2010 | $141,000 | $119.90 | 7840.8 | 1,176 | 3 | 2 | .676366 | 865-H2 | $163,000 | 0.87 |

Exhibit IV

**Realist Map**



SS

Realist

## Details

ENo

| | Subject | Comp#1 | Comp#2 | Comp#3 |
|---|---|---|---|---|
| Heat Type | Central | Central | Central | Central |
| Building Sq Ft | 1,236 | 1,120 | 1,316 | 1,370 |
| Lot Sq Ft | 4791.6 | 6098.4 | 6,534 | 6098.4 |
| Total Baths | 2 | 2 | 2 | 2 |
| Lot Depth | 83 | 80 | | |
| Lot Frontage | 60 | 160 | | |
| Roof Material | Composition Shingle | Composition Shingle | Tile | Tile |
| Stories | 1 | 1 | 1 | 1 |
| County Use Code | Single Fam Resid | Single Fam Resid | Single Fam Resid | Single Fam Resid |
| Garage Capacity | | | | |
| Sale Price | $181,000 | $100,000 | $140,000 | $165,000 |
| Style | Contemporary | | | |
| Total Rooms | 5 | 6 | | |
| Subdivision | Country Club Heights Unit G | Country Club Heights Unit B | | |
| School District | Lake Elsinore | Lake Elsinore | Lake Elsinore | Lake Elsinore |
| Bedrooms | 3 | 3 | 3 | 3 |
| Cooling Type | Central | Central | Central | Central |
| Address | 16377 Arnold Ave | 29364 Gunder Ave | 230 White Oak Rd | 3556 Cherry Blossom Ln |
| Condition | Average | | | |
| Total Units | | 1 | 1 | |
| Water | Type Unknown | Type Unknown | Type Unknown | Type Unknown |
| Tax ID | 378-212-025 | 378-192-031 | 389-343-002 | 389-364-014 |
| Full Baths | 2 | 2 | 2 | 2 |
| Pool | | | | Pool |
| Map Coordinates | 865-J2 | 865-J2 | 865-H2 | 865-H1 |
| Garage Type | Garage/Carport | Garage/Carport | Garage/Carport | Garage/Carport |
| Exterior | Stucco | | | |
| Recording Date | 07/25/2003 | 03/31/2010 | 03/30/2010 | 04/05/2010 |
| Universal Land Use | SFR | SFR | SFR | SFR |
| Annual Tax | $1,401 | $1,039 | $1,721 | $1,957 |
| Fireplaces | 1 | | 1 | 1 |
| Dist (miles) | | .261747 | .345613 | .437368 |
| Price Per Sq Ft | $146.44 | $89.29 | $106.38 | $120.44 |
| Lot Acres | .11 | .14 | .15 | .14 |
| Sewer | None | Type Unknown | Type Unknown | None |

Exhibit IV

# FREQUENTLY ASKED QUESTIONS

1. **Why HERSid Financial Autopsy Reports?   A:** 1 in 2 homes owe more on their mortgages than their home is worth at today's depressed values.  Homeowners need ideas to correct their personal situation.  To determine which options are next, *they must review where they have been!*

2. **Who needs one or more Autopsy Report?**
   a. *Many* borrowers who financed a mortgage in the past 10 years.
   b. *Any* borrower who is currently behind on mortgage payments.
   c. *Every* debtor who has a reported Notice of Default (NOD).

3. **Why should I care?   A:**  Public laws enacted 10 years ago stimulated growth of processing by 3rd party servicers and intermediaries between your Trust Deed, Promissory Note and the true investor that "funded your loan".  The rapid growth of internet services and outsourcing of administrative tasks compounds the potential for inaccurate, incomplete and incorrect records.  Our research uncovers faulty processing, missing records, unlawful assignments, quiet substitution of trustees, predatory lending, untitled transfers and potential financial services FRAUD!

4. **Is the Autopsy Report a "quick fix"?   A:**  No. Each Financial Autopsy Report is a **"quick focus"** on the records associated with a specific Assessor's Parcel Number (APN).  Your credit report gathers information from your creditors.  Autopsy Reports are snapshots of information available from a half-dozen independent resources relating to original mortgage debt and its **replacement security.**

5. **What might HERSid Reports contain?   A:** Researchers seek to provide the following, *"as available":*
   1. Owner, Property and Tax Information  (ALL)
   2. Grant Deed, Trust Deeds and 1st Mortgages  (ALL)
   3. Assignments, Liens and 2nd Mortgages  (ALL)
   4. Foreclosure Documents: NOD, NOTS, TDOS, Assignments, Substitutions (ALL)
   5. Review of Past Market Comps for Predatory Lending on subject financing (ALL)
   6. Current Sales Comps for Predatory Devaluations on recent Trustee Sales (ALL)
   7. Creditor/Depositor Securitization Document Contents (SEC)
   8. Mortgage Loan Purchase Agreements, Pooling/Servicing Agreements, SEC Filings (SEC)
   9. Address Tracing for Lenders, Servicers, Title Companies, Trustees, etc. (FLA, SEC)
   10. Related Documents provided by Clients (ALL)

6. **Could I do this by myself?   A:**  Maybe.  Gather all historical records about your property and its encumbrances.  Next, engage your realtor, loan officer, lender, insurer, accountant, financial advisor and legal counsel.  See what records and advice they can provide.

7. **Do you provide consulting services?   A:**  No.  The report is provided "as is", "where found", "when available" from information in public records and a variety of on-line 3rd party resources where content is subject to change without notice and no warranties are available.

8. **Do you provide counseling or legal advice?   A:**  No.  Records provided must stand "on their own".  The recipient must decide to take corrective action or proceed in new directions *at their expense.*

9. **What is NOT included with HERSid Reports?   A:**  Loan Refinancing, Loan Modifications, Forensic Loan Audits, Short Sales, Bankruptcy Filings, Legal Claims, or Legal Advice.

10. **How do I get started, and what is needed from me? A:**  Register at **HERSid.com**.  We assign your membership number and return a checklist of 80 issues related to your real estate mortgages and securitization.  You must fill-in quick answers and return the application plus payment of quoted fees.  Three bound copies of your **HERSid Report** will ship by UPS 10 days thereafter.

Exhibit IV