DIANE BEALL SBN 16377
243 S Escondido Blvd.#125
ESCONDIDO, CA 92025
Phone- 760-807-5417
e-mail-attorneydianebeall@gmail.com

PLAINTIFF

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DIANE BEALL FKA TEMPLIN | Case No. 10-CV 1900-IEG |
|---|---|
| Plaintiff, | STIPULATION RE EXTENSION OF TIME TO FILE OPPOSITION TO ONEWEST'S MOTION TO DISMISS |
| v. | |
| QUALITY LOAN SERVICE CORP and ONEWEST BANK, F.S.B. Does 1-10 | |
| Defendants | |

Plaintiff and Defendant ONEWEST BANK, F.S.B.'s attorney Ryan T Waggoner hereby stipulate that Plaintiff shall have until Midnight on February 24th, 2011 to file an opposition to Defendant's Motion to Dismiss her 1st Amended Complaint without objection.

IT IS SO STIPULATED.

DATED this 23RD day of FEBRUARYJanuary, 2011.

                                             _/s/ Diane Beall_____
                                             DIANE BEALL, Plaintiff

                                             _____
                                             By Attorney RYAN T WAGGONER for
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Attorneys for Defendant ONE WEST BANK, F.S.B.