DIANE BEALL SBN 16377
243 S Escondido Blvd.#125
ESCONDIDO, CA 92025
Phone- 760-807-5417
e-mail-attorneydianebeall@gmail.com

PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE BEALL FKA TEMPLIN | Case No. 10-CV-1900 IEG (WVG) |
| Plaintiff, | |
| v. | |
| QUALITY LOAN SERVICE CORP | NOTICE OF RELATED CASE |
| and | Mabry v. Orange Superior Court"(2010), 185 Cal. App.4th 208 |
| ONEWEST BANK, F.S.B. FKA INDYMAC BANK, FSB` | |
| Does 1-10 | |
| Defendants | |

**NOTICE OF RELATED CASE IN RESPONSE TO THE DEFENDANT ONWEST BANK FSB MOTION TO DISMISS CAUSE OF ACTION OF CALIFORNIA CODE SECTION 2923.5**

Pursuant to Federal Rule of Civil Procedure 83 Plaintiff respectfully request this court to take Judicial Notice of a related case that is related directly to the case at bar.

THE PERATA MORTGAGE RELIEF ACT

Mabry v. Orange Superior Court"( 2010), 185 Cal. App.4th 208.  "The Perata Mortgage Relief Act", California Code §2923.5 became effective in September 2008.  The 4th Appellate

1   REQUEST FOR JUDICIAL NOTICE RELATED CASE MABRY V. ORANGE CO.SUP.CT.

Court Division Three accepted and heard a Writ of Mandate on May 17, 2010.  On June 2, 2010 the Court published its Opinion and the decision was immediately effective.  The Court of Appeals Decision on California Code § 2923.5 Is Stare Decisis.

      The Court's published opinion interprets the legislative intent of California Code §2923.5 as follows:  "May CC §2923.5 be enforced by a private right of action?" "Yes." "Otherwise the statute would be a dead letter."  "Must a borrower tender the full amount of the mortgage indebtedness due as a prerequisite to bringing an action under section §2923.5?" "No." "To hold otherwise would defeat the purpose of the statute." <u>"Is §2923.5 preempted by federal law?" "No."</u>.  California Code § 2923.5 compliance is prerequisite to Cal. Code §2924.  No Tender is Necessary. Attached as notice of related case

Dated: 02/24/2011                               Respectfully Submitted;

                                                                          _____
                                                                          Plaintiff   BEALL FKA TEMPLIN