| | |
|---|---|
| 1 | Global Capital Law, PC |
|   | Gary Harre, CBN# 86938 |
| 2 | 8700 Warner Avenue, Suite 200 |
| 3 | Fountain Valley, CA 92708 |
|   | Telephone: (714) 907-4182 |
| 4 | Email: ghcmecf@gmail.com |
| 5 | Attorney for Plaintiff, Beall. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANE BEALL FKA TEMPLIN | ) | **CIVIL CASE No: 10CV1900IEG** |
|   | ) |   |
| **Plaintiff,** | ) | **NOTICE AND SUBSTITUTION OF ATTORNEY** |
| v. | ) |   |
| QUALITY LOAN SERVICE CORP, | ) |   |
| ONEWEST BANK, F.S.B., and | ) |   |
| DOES 1-10 | ) |   |
| **Defendants.** | ) |   |

   PLEASE TAKE NOTICE that Plaintiff, Diane Beall, substitutes the following attorney as her attorney of record in this action:

   Global Capital Law
   Gary L Harre, Esq. (SBN – 86938)
   8700 Warner Avenue, Suite 200
   Fountain Valley, CA 92708
   Tel: (714) 907-4182
   Fax: (714) 907-4175
   E-Mail: ghcmecf@gmail.com

– 1 –

The above stated attorney with will take the place of:

        Diane Beall
        243 S Escondido Boulevard, Suite 125
        Escondido, CA  92025
        Tel: (760) 807-5417
        E-Mail:  attorneydianebeall@gmail.com

Dated: March 7, 2011

I accept this substitution.

_____
Gary L Harre, Esq.
Global Capital Law

I consent to the above substitution.    3-4-11

_____
Diane Beall,

**NOTICE AND SUBSTITUTION OF ATTORNEY**