**GLOBAL CAPITAL LAW**
GARY HARRE, ESQ. (BAR NO. 86938)
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile:  (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Plaintiff, DIANE J. BEALL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DIANE J. BEALL, an Individual. Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP<br>And ONE WEST BANK, FSB,  et al | Case No.  10CV-1900-IEG<br><br>**OBJECTION TO DECLARATION OF NON-MONETARY STATUS OF DEFENDANT QUALITY LOAN**<br><br>**[Civil Code § 2924 (l)(c)]** |

TO: QUALITY LOAN SERVICE CORP and all defendants and interested parties and to their Attorneys of Record.

    You are hereby notified that Plaintiff DIANE BEALL, through her Counsel, does Object to the filing of Non-Monetary Status by QUALITY LOAN SERVICE CORP as required by California Civil Code § 2924 (l)(c). Plaintiff has reason to believe that QUALITY LOAN SERVICE CORP (hereinafter "Quality") participated in wrongful acts or omissions based on a capacity outside of its alleged Substituted Trustee duties which are not privileged according Civil Codes §§47 and 2924(d).

    On or about 1-21-2010, an Assignment of Deed of Trust was filed whereby Bryan Bly signed as Attorney-in Fact for FDIC as receiver for IndyMac Federal Bank, FSB, Successor to IndyMac Bank, F.S.B. allegedly assigning the Deed of Trust together with the certain note to One West Bank, FSB and all right, title and interest secured thereby in an attempt to create evidence of a proper chain of title. Upon information Bryan Bly is NOT and WAS NOT at the time of signing an Attorney in Fact for FDIC.

    Upon information and belief,  Bryan Bly is a known robo signor . Crystal Moore, A Florida Notary who notorized Bryan Bly's signature stated in the Assignment of Deed of trust "Bryan Bly

well known to me to be the Attorney-in Fact for FDIC as receiver for Indymac Federal Bank, FSB, Successor to Indymac Bank, F.S.B., a corporation, on behalf of the corporation." Upon information and belief, both Bryan Bly and Crystal Moore committed perjury by claiming Bryan Bly to be Attorney-in-Fact for the FDIC.

Upon information and belief, Defendant Quality knew or should have known that Bryan Bly and Crystal Moore committed perjury by claiming Bryan Bly to be Attorney-in-Fact for the FDIC and that the Assignment of Deed of Trust to OneWest was fraudulent and defective.

The recording of the Notice of Default by Defendant Quality was done without proper substitution of the original Trustee.  There are issues and facts that would make Defendant Quality liable for damages to Plaintiff. Defendant Quality's role and knowledge are clearly at issue.

The Defendants used false information regarding the individuals executing the Assignments, holding such individuals out to be officers of the FDIC.

Wherefore, Plaintiff asks h\this court for non-monetary status and request Defendant Quality Loan to answer the Complaint.

DATED: 3/7/2011                                                  Respectfully Submitted;

_____
GARY HARRE, ESQ. (BAR NO. 86938)

Attorney for Plaintiff, DIANE BEALL